IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>QUALCOMM INC. AND QUALCOMM TECHNOLOGIES, INC.,<br><br>  Defendants. | CIVIL ACTION NO. 6:22-cv-774-ADA<br><br>**JURY TRIAL DEMANDED** |

## CASE READINESS STATUS REPORT

Plaintiff American Patents LLC ("American") and Defendants Qualcomm Inc. and Qualcomm Technologies, Inc. (together, "Qualcomm") hereby provide the following status report in advance of the initial Case Management Conference (CMC).

## SCHEDULE

A scheduling order has not yet been filed.

## FILING AND EXTENSIONS

Plaintiff's Original Complaint was filed on July 12, 2022. (Dkt. # 1). There has been one extension for a total of 45 days.

## RESPONSE TO THE COMPLAINT

On September 22, 2022, Defendants filed their Motion for Partial Dismissal. (Dkt. # 18).

## PENDING MOTIONS

There is one pending motion before the Court in this matter: Defendants' September 22, 2022 Motion for Partial Dismissal. (Dkt. # 18). Additionally, Qualcomm anticipates filing a

motion to transfer within the timeframe provided by the Court's Order Governing Patent Proceedings.

## RELATED CASES IN THIS JUDICIAL DISTRICT

The following are the CRSR Related Cases filed in this Court that involve the same plaintiff and at the same three asserted patents in this case:

- 6-22-cv-00771
- 6-22-cv-00772 (dismissed)
- 6-22-cv-00773 (dismissed)

## IPR, CBM, AND OTHER PGR FILINGS

There are no known live IPR, CBM, or other PGR filings involving the asserted patents, and no prior IPR, CBM, or other PGR filings involving the asserted patents has resulted in a Final Written decision.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted three patents, U.S. Patent Nos. 7,088,782, 7,310,304, and 7,706,458. The deadline for Plaintiff to serve its Preliminary Infringement Contentions has not yet passed. Plaintiff hereby states that it asserts 49 total claims from those three patents: 18 claims from U.S. Patent No. 7,088,782 (Claims 30-38, 40, and 44-51); 13 claims from U.S. Patent No. 7,310,304 (Claims 1-10 and 11-13); and 18 claims from U.S. Patent No. 7,706,458 (Claims 1-9, 11-12, 14, 16, 17, and 19-22).

## APPOINTMENT OF TECHNICAL ADVISER

American Patents requests a technical adviser to be appointed to the case to assist the Court with claim construction issues.  Qualcomm does not believe a technical advisor is necessary in this matter.

**MEET AND CONFER STATUS**

Plaintiff and Defendants met and conferred. The parties have agreed to accept service by email on counsel of record. The parties further agree that any party may take a deposition by videoconference, telephone, or other remote means, rather than in person. An attorney defending such a deposition may appear in person or via videoconference, telephone, or other remote means, at his or her option, as may any other attorney that wishes to appear at that deposition. The parties have agreed to submit a joint motion for protective order by October 13th. Additionally, Qualcomm anticipates filing a motion to transfer. The parties have no other pre-Markman issues to raise at this time.

Dated: September 29, 2022

Respectfully submitted,

/s/ *Zachariah S. Harrington*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849

3

cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000
(903) 705-7369 fax

*Attorneys for American Patents LLC*


/s/ Richard S. Zembek

Richard S. Zembek (SBN 00797726)
richard.zembek@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Tel:    (713) 651-5151
Fax:    (713) 651-5246

Eric C. Green (SBN 24069824)
Eric.green@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Tel:    (512) 474-5201
Fax:    (512) 536-4598

**COUNSEL FOR DEFENDANTS QUALCOMM INC. AND QUALCOMM TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of September 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: <u>*/s/ Zachariah S. Harrington*</u>
Zachariah S. Harrington