# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>QUALCOMM INC. AND QUALCOMM TECHNOLOGIES, INC.,<br><br>    Defendants. | CIVIL ACTION NO. 6:22-cv-774-ADA<br><br>**JURY TRIAL DEMANDED** |

## NOTICE REGARDING ASSERTED CLAIMS

Plaintiff American Patents LLC ("American") respectfully submits this Notice to update the Court about the claims it is asserting in this case. In the CRSR (Dkt. 22), American indicated that it was asserting 49 total claims from U.S. Patent Nos. 7,088,782, 7,310,304, and 7,706,458, identifying 18 claims from U.S. Patent No. 7,088,782 (Claims 30-38, 40, and 44-51); 13 claims from U.S. Patent No. 7,310,304 (Claims 1-10 and 11-13); and 18 claims from U.S. Patent No. 7,706,458 (Claims 1-9, 11-12, 14, 16, 17, and 19-22).

American has now served its Preliminary Infringement Contentions against Qualcomm, and has noticed an error in that prior listing of claims. Specifically, while American is asserting 49 total claims against Qualcomm, those 49 claims include 19 claims from U.S. Patent No. 7,088,782 (Claims 30-40 and 44-51); 13 claims from U.S. Patent No. 7,310,304 (Claims 1-10 and 11-13); and 17 claims from U.S. Patent No. 7,706,458 (Claims 1, 3-9, 11-12, 14, 16, 17, and 19-22).

1

Dated: October 7, 2022     Respectfully submitted,

/s/ Larry D. Thompson, Jr.
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000
(903) 705-7369 fax

*Attorneys for American Patents LLC*

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 7th day of October, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                     */s/ Larry D. Thompson, Jr.*
                     Larry D. Thompson, Jr.