# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>QUALCOMM INC. AND QUALCOMM TECHNOLOGIES, INC.,<br><br>    Defendants. | CIVIL ACTION NO. 6:22-cv-774-ADA-DTG<br><br>**JURY TRIAL DEMANDED** |

## NOTICE REGARDING AGREED REQUEST TO EXTEND DEADLINE

Plaintiff American Patents LLC ("American") provides notice to the Court that American and Defendants have agreed to an extension for the parties to submit a joint motion for protective order (which the parties agreed in the CRSR to submit by October 13) until Thursday, October 20, 2022. Pursuant to the Court's Standing Order Regarding Joint Or Unopposed Requests to Change Deadlines, counsel for the parties further certify that this extension does not change the date for any hearing, any final submission to the Court related to a hearing, or the trial.

Dated: October 13, 2022

Respectfully submitted,

/s/ *Zachariah S. Harrington*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney

Texas Bar No. 24067819
ryan@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM, PC
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000

*Attorneys for American Patents LLC*

1