IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>QUALCOMM INC. AND QUALCOMM TECHNOLOGIES, INC.,<br><br>    Defendants. | CIVIL ACTION NO. 6:22-cv-774-ADA<br><br>**JURY TRIAL DEMANDED** |

**NOTICE REGARDING UNOPPOSED REQUEST TO EXTEND DEADLINE**

Defendants Qualcomm Inc. and Qualcomm Technologies, Inc. provide notice to the Court that Defendants have requested, and Plaintiff does not oppose, an extension for Defendants to file their reply in support of their motion to dismiss until Tuesday, November 1, 2022. Pursuant to the Court's Standing Order Regarding Joint Or Unopposed Requests to Change Deadlines, counsel for the parties further certify that this extension does not change the date for any hearing, any final submission to the Court related to a hearing, or the trial.

Dated: October 25, 2022

Respectfully submitted,

/s/ *Eric C. Green*

Richard S. Zembek (SBN 00797726)
richard.zembek@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Tel:    (713) 651-5151

Fax:     (713) 651-5246

Eric C. Green (SBN 24069824)
eric.green@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Tel:     (512) 474-5201
Fax:     (512) 536-4598

**COUNSEL FOR DEFENDANTS QUALCOMM INC. AND QUALCOMM TECHNOLOGIES, INC.**