# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC, <br><br> Plaintiff, <br><br> v. <br><br> QUALCOMM INC. AND QUALCOMM TECHNOLOGIES, INC., <br><br> Defendants. | CIVIL ACTION NO. 6:22-cv-774-ADA <br><br> **JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION TO WITHDRAW COUNSEL

Plaintiff American Patents LLC ("American") files this unopposed motion to withdraw Christopher Ryan Pinckney as attorney of record for American and requests that he be removed from the CM/ECF noticing list and any other service lists in this case. Mr. Pinckney is changing law firms and will no longer be employed by Antonelli, Harrington & Thompson LLP. All other counsel of record for plaintiff will remain as counsel of record for American:

Matthew J. Antonelli
Zachariah S. Harrington (lead attorney)
Larry D. Thompson, Jr.
ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
Catherine Bartles
THE STAFFORD DAVIS FIRM, PC
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000

| | |
|---|---|
| Dated: January 26, 2023 | Respectfully submitted,<br><br>/s/ *C. Ryan Pinckney*<br>Matthew J. Antonelli<br>Texas Bar No. 24068432<br>matt@ahtlawfirm.com<br>Zachariah S. Harrington<br>Texas Bar No. 24057886<br>zac@ahtlawfirm.com<br>Larry D. Thompson, Jr.<br>Texas Bar No. 24051428<br>larry@ahtlawfirm.com<br>Christopher Ryan Pinckney<br>Texas Bar No. 24067819<br>ryan@ahtlawfirm.com<br><br>ANTONELLI, HARRINGTON<br>& THOMPSON LLP<br>4306 Yoakum Blvd., Ste. 450<br>Houston, TX 77006<br>(713) 581-3000<br><br>Stafford Davis<br>State Bar No. 24054605<br>sdavis@stafforddavisfirm.com<br>Catherine Bartles<br>Texas Bar No. 24104849<br>cbartles@stafforddavisfirm.com<br>THE STAFFORD DAVIS FIRM, PC<br>815 South Broadway Avenue<br>Tyler, Texas 75701<br>(903) 593-7000<br><br>*Attorneys for American Patents LLC* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on January 26, 2023.

*/s/ C. Ryan Pinckney*
C. Ryan Pinckney

## **CERTIFICATE OF CONFERENCE**

I hereby certify that I contacted counsel for defendants, who indicated that defendants did not object to the relief requested in this motion.

*/s/ C. Ryan Pinckney*
C. Ryan Pinckney