# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>QUALCOMM INC. AND QUALCOMM TECHNOLOGIES, INC.,<br><br>    Defendants. | CIVIL ACTION NO. 6:22-cv-774-ADA |

## ORDER

This Court has considered Plaintiff's Unopposed Motion to Withdraw Counsel and has decided that the Motion should be GRANTED.

Therefore, it is **ORDERED** that Christopher Ryan Pinckney of Antonelli, Harrington & Thompson LLP is withdrawn as counsel for Plaintiff American Patents LLC.

**SO ORDERED**

_____
Honorable Judge Alan D Albright
UNITED STATES DISTRICT COURT JUDGE